IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JUAN LANDAVERDE, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 1:18-cv-295-TFM-M |
| JEFFERSON DAVIS COMMUNITY COLLEGE, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

### **ORDER**

On January 8, 2019, the magistrate judge entered a report and recommendation to which no objections have been filed.[1] *See* Doc. 14. After due and proper consideration of the issues raised, the recommendation is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action against Defendant Jefferson Davis Community College be and is hereby **DISMISSED** without prejudice, prior to service of process, as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

---

[1] On January 23, 2019, Plaintiff seemingly filed an Amended Complaint (Doc. 16). However, a thorough review of the amended complaint revealed that the allegations contained within had no relation to the current claims other than a brief sentence stating "I've lost my left pinky finger at a cabinet making tradeshop at Fountain Correctional Facility, not staying focus on my task, thinking about the injury Ms. Banks done to me." *Id*. at p. 5. The allegations contained within this amended complaint relate to the filing of false complaints and warrants and not the underlying allegations contained in this original lawsuit. As such, the Court directed that the amended complaint be docketed as a new lawsuit.

**DONE** and **ORDERED** this the 11th day of March 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE