IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JUAN LANDAVERDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:18-cv-295-TFM-M |
| | ) | |
| JEFFERSON DAVIS COMMUNITY COLLEGE, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

In accordance with the Order entered this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 11th day of March 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE